IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 7:11-CR-00049 |
| v. | ) |
| | ) |
| JUAN C. FORERO, | ) |
| | ) By: Michael F. Urbanski |
| Defendant | ) Chief United States District Judge |

## ORDER

As set forth in the accompanying memorandum opinion, Juan C. Forero's motion for early termination of supervised release, ECF No. 86 is **DENIED** without prejudice.

It is so **ORDERED**.

ENTERED: April 10, 2022

Michael F. Urbanski
Chief United States District Judge

1